Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460 561 533-0330

Return of Service

Case No: 16 cv 1458 KLM

Court: United States District, Colorado

Plaintiff: JOSHUA JOHNSON PHOTOGRAPHY, LLC

Defendant: DOMINO MEDIA GROUP, INC. et al

Hearing Date: 21 days
Writ: Summons, Amended Complaint for Copyright Infringement and Providing False Copyright Management Information, Exhibits
For: Joel B Rothman, Esq.
Schneider Rothman IP Law Group, PLLC

TO BE SERVED ON:      HEARST COMMUNICATONS, INC
c/o Registered Agent Corporatin Trust Center
1209 Orange Street, Wilmington, Delaware 19801

Majestic Process received this process on July 12, 2016 at 2:00 p.m.

I, __Daniel Newcomb__, executed service on __July 18__ 20__16__.
at __3:08 p.m.__ am/pm.
I delivered a copy of this process in accordance with state statutes in the manner below:

__✓__ CORPORATE SERVICE: Served __Amy McLaren__ as __Managing Agent authorized to accept service__

____ NON SERVICE: For the reasons in the comments below.

DESCRIPTION: sex __F__ age __35__ race __White__ height __5'7"__ weight __135 lb__ hair __Brown__
eyes __Brown__ other marks _____
COMMENTS:

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

7/20/2016
Process Server # __Daniel Newcomb (No #s in DE)__